# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Felicia Wood ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:18-CV-76 |
| Commissioner of Social Security ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Judgment in favor of Plaintiff and against Defendant; case is remanded to the commissioner under the fourth sentnece of 42 U.S.C. § 405 (g) for further proceedings
.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Walter H. Rice  on a motion for

Date: 5/2/19

CLERK OF COURT

*Kaylin Atkinson*
Signature of Clerk or Deputy Clerk